

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2014

No. 04-14-00564-CV

**IN THE ESTATE OF WADE R. BEDELL, JR., DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-0636
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

     On October 15, 2014, appellant filed her brief in this appeal. The first issue raised in appellant's brief addresses the trial court's failure to enter findings of fact and conclusions of law. The clerk's record contains both a timely request for the findings of fact and conclusions of law and a timely notice of past due findings of fact and conclusions of law. *See* TEX. R. CIV. P. 296, 297. The appellee has filed a motion requesting this court to abate the appeal and order the trial court to enter findings of fact and conclusions of law. The motion is GRANTED. This appeal is ABATED to the trial court with instructions to enter findings of fact and conclusions of law no later than twenty days from the date of this order. The trial court clerk shall file a supplemental clerk's record containing the findings and conclusion no later than thirty days from the date of this order. Upon reinstatement, the appellant will be given an opportunity to amend the appellant's brief.

_Catherine Stone_
Catherine Stone, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court